UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

AMAZON CAPITAL SERVICES, INC.,        :      Case No.

                Plaintiff,       :

        - against -        :      **RULE 7.1 CORPORATE**
                          :      **DISCLOSURE STATEMENT**

BENZION LEBOWITZ,            :

             Defendant.     :

-------------------------------------------------------------x

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1.1,

Plaintiff Amazon Capital Services, Inc. states that Amazon.com, Inc. is the parent company of

Amazon Capital Services, Inc., and no publicly held corporation owns 10% or more of

Amazon.com, Inc.'s stock.

Dated: New York, New York        DAVIS WRIGHT TREMAINE LLP
       October 6, 2020

                               By: */s/ Geoffrey S. Brounell*
                                 Geoffrey S. Brounell

                           1251 Avenue of the Americas, 21st Floor
                           New York, NY  10020-1104
                           Tel:  (212) 489-8230
                           geoffreybrounell@dwt.com

                           *Attorneys for Amazon Capital Services, Inc.*