UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMAZON CAPITAL SERVICES, INC.,

            Plaintiff,

- against -

BENZION LEBOWITZ,

           Defendant.

---

Case No. 20 Civ. 8333 (VM)

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(II)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that Plaintiff Amazon Capital Services, Inc. hereby voluntarily dismisses its complaint against Defendant Benzion Lebowitz pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with the parties to bear responsibility for their respective fees and costs.

Dated: December 19, 2020

| DAVIS WRIGHT TREMAINE LLP | THE MORTNER LAW OFFICE |
|---|---|
| By: *Geoffrey S. Brounell* | By: _____ |
| Geoffrey S. Brounell | Moshe Mortner, Esq. |
| Mohammad B. Pathan | 30 Wall Street, 8th Floor |
| 1251 Avenue of the Americas, 21st Floor | New York, NY 10005 |
| New York, NY 10020-1104 | (877) 365-2177 |
| Tel: (212) 489-8230 | mrmortner@gmail.com |
| geoffreybrounell@dwt.com | |
| mohammadpathan@dwt.com | *Attorneys for Defendant Benzion Lebowitz* |
| | |
| *Attorneys for Plaintiff Amazon Capital Services, Inc.* | |